# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON NELVES BRIDGES,<br><br>    Petitioner,<br><br>    v.<br><br>CC THOMAS, Warden,<br><br>    Respondent. | Case No. CV 14-9628-SJO (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: May 30, 2017

_S. James Otero_
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE